1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, MASOUD MIRHADI

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NUMBER: 1:07-cr-00221-OWW
                                    )
11              Plaintiff,           )
                                    )    STIPULATION AND ORDER FOR A
12 v.                                )    RESETTING OF STATUS CONFERENCE
                                    )
13 MASOUD MIRHADI, et al.,           )
                                    )
14              Defendants.          )
                                    )
15

16      IT IS HEREBY STIPULATED by and between the parties, the United States of America, and

17 the defendants by and through their respective counsel that the Status Conference set for Monday, March

18 10, 2008 at 1:30 p.m. be continued to Monday, March 31, 2008 at 1:30 p.m.  The additional time is

19 necessary for further settlement negotiations.

20

21

22                                          Respectfully submitted,

23

24 DATED: March 7, 2008                     /s/  Salvatore Sciandra
                                            SALVATORE SCIANDRA
25                                          Attorney for Defendant,
                                            MASOUD MIRHADI
26 / / /

27 / / /

28 / / /

1  / / /

2  / / /

3  DATED: March 7, 2008                     /s/   Robert Rainwater
                                            ROBERT RAINWATER
4                                           Assistant Federal Defender for
                                            TRENT MILLER
5

6  DATED: March 7, 2008                     /s/   Roger Nuttal
                                            ROGER NUTTAL
7                                           Attorney for Defendant,
                                            RODOLFO MALLARI PAGSANJAN
8

9  DATED: March 7, 2008                     /s/   Carolyn Delaney
                                            CAROLYN DELANEY
10                                          Assistant United States Attorney

11

12                                **ORDER**

13         IT IS SO ORDERED.

14  **Dated:   March 7, 2008**               **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE