ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Counsel for Defendant
TRENT MILLER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODOLFO MALLARI PAGSANJAN,<br>　　aka Rudy Pagsanjan<br>MASOUD MIRHADI,<br>　　aka Mike Mirhadi, and<br>TRENT MILLER,<br><br>　　　　Defendants. | NO. 1:07-CR-0221 OWW<br><br>STIPULATION TO CONTINUE<br>MOTIONS HEARING, AND ORDER<br>THEREON<br><br><br>Date:  November 17, 2008<br>Time:  1:30 p.m.<br>Judge: Honorable Oliver W. Wanger |

## STIPULATION

It is hereby stipulated by and between the parties hereto that the hearing on the motions regarding redacted statements of the defendants in the above entitled matter previously set for November 3, 2008, be continued to **November 17, 2008, at 1:30 p.m.** Counsel shall file any objections to the redacted statements by November 12, 2008. If no objections to the redacted statements are filed by that date, the hearing on November 17, 2008, will be taken off the calendar.

The reason for this continuance is to allow counsel for the defendants time for further preparation. The government was to provide the defense with redacted statements of the defendants which it intends to use at trial by October 15, 2008. The government did not provide the statements to defense counsel until

October 29, 2008. In light of the delay in providing the redacted statements, counsel for the defendant's need the addition time to determine whether or not to file objections to those redacted statements.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: October 29, 2008         By:    /s/ Marlon Cobar
                                       MARLON COBAR
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


DATED: October 29, 2008         By:    /s/ Robert W. Rainwater
                                       ROBERT W. RAINWATER
                                       Attorney for Defendant
                                       TRENT MILLER

DATED: October 29, 2008         By:    /s/ Roger T. Nuttall
                                       ROGER T. NUTTALL
                                       Attorney for Defendant
                                       RUDOLFO MALLARI PAGSANJAN

DATED: October 29, 2008         By:    /s/ Salvatore Sciandra
                                       SALVATORE SCIANDRA
                                       Attorney for Defendant
                                       MASOUD MIRHADI

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    October 29, 2008**                              /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE