PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR00221-01 AWI** |
| ) | |
| **RODOLFO MALLARI PAGSANJAN** ) | |
| ) | |

On March 30, 2009, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Yasmin Villegas
**YASMIN VILLEGAS
United States Probation Officer**

Dated:   December 08, 2011
         Visalia, California
         Yv

**REVIEWED BY:**   /s/Thomas Burgess
**THOMAS A. BURGESS
Supervising United States Probation Officer**

Re:    **RODOLFO MALLARI PAGSANJAN**
       **Docket Number:   1:07CR00221-01 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


Attachment:   Recommendation
cc:    United States Attorney's Office

IT IS SO ORDERED.

Dated:   December 22, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE